FD-26 (Rev. 7-20-94)

**GOVERNMENT EXHIBIT 1**

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   - Toshiba Satellite Laptop, model # PSAA8U-0LJ02K, serial # 66085265Q.
   - Seagate Free Agent Desk, serial # 2GEVHBMN.
   - Seagate Free Agent Pro, serial # 9QJ06PPZ
   - Western Digital, MyBook, serial # WCASP0050710
   - Western Digital, serial # WCAPD2700641
   - Seagate, serial # 3PM07Z3B

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

X  03/04/2009         X [signature]
   Date                   Signature

       Witness          SA [signature]
                        SA James W. Carly, Jr.