FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, __David Laist__, have been asked by Special Agents of the Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers, any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals, described below:

__Toshiba Satellite Laptop   S/N: 66085265Q, Seagate Free__
CPU Make, Model & Serial Number (if available)

__Agent Desk, serial# 26EVHBMN, Seagate FreeAgent Pro, serial#__
Storage or Retrieval Media, Computer Peripherals

__9QJ06PP2, Western Digital, My Book, serial# WCASP005071D,__
__Western Digital, serial# WCAPD2700641, Seagate, serial# 3PM0723B__

and located at __425 Riverbend Parkway, #90, Athens, GA__, which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins, and/or specific directions for computer entry are as follows: __username: dingbat69, password: sirius__

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware, software and computer peripherals.

__03/04/2009__
Date

__03/04/2009__
Date

X __[signature]__
Signature

SA __[signature]__
Signature of Witness

__SA James W. Cearley, Jr.__
Printed Full Name of Witness

__425 Riverbend Parkway, #90__
Location __Athens, GA 30605__

GOVERNMENT EXHIBIT 2