CONSENT TO ASSUME ONLINE PRESENCE

I, __David Laist__, hereby voluntarily authorize SA __James W. Cearley, Jr.__ and other Agents of the Federal Bureau of Investigation to take over control of and use my "online presence." This online presence includes the following screen name(s), nick name(s), and/or e-mail addresses, as well as the passwords associated with these accounts:

| PROGRAM | ACCOUNT/USER NAME | PASSWORD |
|---|---|---|
| Gigatribe 2.46 | dingbat69 | sirius |

I consent to the use of my online presence for any purpose relating to an official investigation by the above law enforcement authority, including (but not limited to) sending and receiving e-mail or conducting any other electronic communications, accessing stored information, and using and disclosing such communications or information. I understand and acknowledge that by signing the consent form, I relinquish all present and future claims to the use of these accounts. I understand that law enforcement authorities will change the password(s) to this account so that I will no longer have access.

I give this consent freely and voluntarily, without fear, threats, coercion, or promises of any kind. I have been advised of my right to refuse to allow the assumption of my online presence, and I hereby voluntarily waive this right.

Signature: x _[signature]_
Name (printed): __David Laist__
Date: __03/04/2009__
File #: __305A-HQ-1596915__

Witness: SA _[signature]_
Name (printed) SA __James W. Cearley, Jr.__

GOVERNMENT EXHIBIT 3

IIU Fax: 301-586-4547

TOTAL P.001