# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

In the Matter of the Search of the Property

DESCRIBED IN ATTACHMENT A
(CURRENTLY IN THE CUSTODY OF THE
FEDERAL BUREAU OF INVESTIGATION)

SEARCH WARRANT

NO. 3:09-MJ-0406 (CWH)

**GOVERNMENT EXHIBIT 8**

TO:   Special Agent James W. Cearley, Jr., FBI
      and any authorized Officer of the United States

Affidavit(s) having been made before me by SA James W. Cearley, Jr., Federal Bureau of
(name of agent and agency)
Investigation, who has reason to believe that ☐ on the person of and/or ☒ on the premises known as (name, description and/or location)

the property more specifically described in Attachment A,

in the Middle District of Georgia, there is now concealed a certain person or property, namely:

See Attachment B.

I am satisfied that the affidavit(s) herein considered establishes probable cause to believe that the person and/or property so described is now concealed on the person or premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _April 23_, 20 09, the person and/or place named above for the person and/or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person and/or property taken, and prepare a written inventory of the person and/or property seized and promptly return this warrant to Claude W. Hicks, Jr., United States Magistrate Judge, as required by law.

SO ORDERED at Macon, Georgia this _13th_ day of April, 2009,
at _2:00_ o'clock _P_. M.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

A true and certified copy.
This _6-16_, 20 _11_
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: Malinda Witt
DEPUTY CLERK

# RETURN

| DATE WARRANT ISSUED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
|---|---|---|
| 4/13/09 (4/20/09) | 4/14/09 10:00 AM | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

All items taken in accordance with search warrant. Items are in custody of the FBI in Atlanta, Georgia awaiting forensic analysis.

Filed at 10:35 A.M
4-21, 2009
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person and/or property taken by me on the warrant.

_____
ADAM D. PEARLSTEIN, FBI

Sworn to and Subscribed Before Me, this 20th day of April, 2009.

_____
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

A true and certified copy.
This 6-16, 2011
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: _____
DEPUTY CLERK

## **ATTACHMENT A**

1. Toshiba Satellite laptop, model # PSAA8U-OLJO2K, serial # 66085265Q.

2. Seagate Free Agent Desk external hard drive, serial # 2GEVHBMN.

3. Seagate Free Agent Pro external hard drive, serial # 9QJ06PP2.

4. Western Digital, My Book external hard drive, serial # WCASP0050710.

5. Western Digital external hard drive, serial # WCAPD2700641.

6. Seagate external hard drive, serial # 3PM0723B.

## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

a. images of child pornography and files containing images of child pornography in any form;

b. information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

  i.  letters and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

  ii. records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c. credit card information including but not limited to bills and payment records; and

d. records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts and bills for Internet access.