### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION
### AT MACON, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS

Date: 6/29/11                                   Type of Hearing: Bond Revocation

Judge: Charles Weigle                           Court Reporter: FTR Gold

Courtroom Deputy: Malinda Witt                  Interpreter: N/A

**Case Number:** 3:11-CR- 6 (CAR)

UNITED STATES OF AMERICA                        Counsel: Graham Thorpe

vs.

DAVID BISHOP LAIST                              Counsel: Page Pate

Agents/Experts in attendance: Donald Allen, Prob. Officer

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 10 min.

Defendant is before court on warrant re Petition for Action on Pretrial Release filed by U.S. Probation Officer, Leigh Swicord. AUSA Thorpe states allegations in petition and presents evidence. Defense counsel Pate stipulates to violations in petition. Court finds probable cause; finds detention is appropriate. Order of Release is revoked and defendant remanded to custody. Written order to follow.