

GOVERNMENT EXHIBIT 9

## Laist time line

| | |
|---|---|
| Mar. 4, 2009 | Laptop computer and 5 attached hard drives seized from Laist pursuant to consent. Laist acknowledged that CP was on the computer. An image of CP was observed on the computer at the scene prior to seizure. Laist indicated a desire to assist the investigation. |
| Mar. 12 | I received a call from S.A. Cearly that Laist through counsel had withdrawn his consent and that they would want to get a warrant. (See memo to Sharon Ratley in file) – Received a call that afternoon from attorney Tom Withers that he would be representing Laist. |
| Mar. 23 | S.A. Cearly sent me a draft of the search warrant to review. We had discussions over the next 2 weeks that the evidence would need to be returned to the Middle District from storage in Atlanta. |
| Apr. 6 | I received a call from attorney Page Pate who advised that he – not Tom Withers – would be representing Laist. |
| Apr. 7 or 8 | Warrant taken to M.J. Hicks, who indicated that he would not be able to get to it until the following week due to a habeas hearing that he had. |
| Apr. 13 | Search warrant obtained. |
| Apr. 24 | Returned a call from attorney Bernard Brody, partner of Page Pate, to give a status update. Also, Brody wanted to inquire concerning the return of files from the computer. I advised him to send me a letter describing the files they want returned. |