IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:11-CR-6- CAR |
| v. | : Filed at 11:59A |
| DAVID BISHOP LAIST | : |

## CHANGE OF PLEA

I, **DAVID BISHOP LAIST**, having been advised of my constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty previously entered, in the above stated case, and now plead guilty to the superseding indictment in open Court this 28 day of July 2011. I also acknowledge the fact that the Court is required to consider any applicable sentencing guidelines when imposing sentence in this case.

_____
DAVID BISHOP LAIST
DEFENDANT

_____
PAGE PATE
ATTORNEY FOR DEFENDANT

_____
GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY