IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIM. NO.: 3:11-CR-6-CAR |
| v. | : |
| | : |
| | : |
| DAVID LAIST, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Defendant David Laist hereby appeals to the United States Court of Appeals for the Eleventh Circuit from his conviction, sentence and judgment entered by the Court on November 16, 2011.  Defendant also appeals the District Court's denial of his Motion to Suppress Evidence on or about June 29, 2011.

This 22nd day of November, 2011.

THE PATE LAW FIRM, LLC

_____
Page A. Pate
Georgia Bar No.: 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to all counsel of record in this matter.

This 22nd day of November, 2011.

THE PATE LAW FIRM, LLC

_____
Page A. Pate
Georgia Bar No.: 565899
101 Marietta Street, Suite 3300
Atlanta, Georgia 30303
(404) 223-3310

Attorney for Defendant
