UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT MACON, GEORGIA



## MINUTE SHEET
## OF COURT PROCEEDINGS ()

Date:  December 12   , 2011            Type of Hearing:        Motion Hearing

Judge:  C. Ashley Royal                Court Reporter:         Sally Gray

Courtroom Deputy:  Lee Anne Purvis     Law Clerk:

### Case Number:  3:11-cr-6(CAR)

U. S. A.                                Counsel:        Graham Thorpe

    vs.

David Bishop Laist                      Counsel:        Page Pate

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: /02**

9:42   The Court calls the case. The Court notes Defendant's motion for appointment counsel and hears from Page Pate.
9:44   Matter concluded.